IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JASON TRISLER,

    Plaintiff,

v.                              Civil Action No. 3:11CV343–HEH

PRISON HEALTH
SERVICES, INC., *et al.*,

    Defendants.

## ORDER
**(Dismissing Five Unserved Defendants and Granting the Motion for Summary Judgment by PHS)**

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Defendant PHS' Motion for Summary Judgment (ECF No. 23) is GRANTED;

2. All claims against Defendant PHS are DISMISSED WITH PREJUDICE; and,

3. All claims against Defendants Ajumobi, R. Johnson, Jarratt, Jane Doe, and John Doe are DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to Trisler and counsel of record.

                                                  /s/
                                        HENRY E. HUDSON
Date: Feb. 28, 2013             UNITED STATES DISTRICT JUDGE
Richmond, Virginia